AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

FILED
November 27, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _Joseph Hinojos_
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| (1) ZUNIGA, Denisse | ) Case No. **PE: 24-MJ-544** |
| (2) GUZMAN, Jesus Manuel | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Novemeber 21, 2024  in the county of  Reeves  in the  Western  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841 (a)(1) &(b)(1)(A)   (1-2) | Knowingly or Intentionally Possess with the Intent to Distribute approximately 14.1 kilograms / 31.1 pounds of Cocaine, a Controlled Substance. |

This criminal complaint is based on these facts:
See Attachment:

☑ Continued on the attached sheet.

_Jay Simon //_
*Complainant's signature*

Jay Simon, Task Force Officer
*Printed name and title*

Complaint sworn to telephonic ally and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

Date: 11/27/2024

_[signature]_
*Judge's signature*

City and state:  Pecos, Texas

David Fannin, US District Judge
*Printed name and title*

## ATTACHMENT

**Defendants:**

    (1) ZUNIGA, Denisse
    (2) GUZMAN, Jesus Manuel

**FACTS:**

On November 21, 2024, a Reeves County Sheriff's Office (RCSO) Deputy was working Interstate 10 (I-10) near Balmorhea, Texas within the Western District of Texas. At approximately 5:36 PM, a RCSO Deputy initiated a traffic stop on a red 2016 Nissan Altima for one traffic violation near Mile Marker 194 on Interstate 10 in Balmorhea, Texas in the Western District of Texas. The traffic violation observed was following too closely.

The occupants of the 2016 Nissan Altima were identified as (Driver) Denisse ZUNIGA and Jesus Manuel GUZMAN. While continuing the traffic enforcement, a RCSO Deputy with an assigned canine conducted a non-intrusive free air sniff of the vehicle. During this free air sniff of the vehicle, the canine alerted to the presence of narcotics in the vehicle.

After the canine alerted, the occupants of the vehicle ZUNIGA and GUZMAN were transported to the RCSO Annex. Further investigation led to the discovery of approximately 14.1 kilograms of cocaine which were found in a deep concealment within the floorboard of the vehicle. The contents of the packages later tested positive for the characteristics of cocaine. The total weight of the cocaine was approximately 14.1 kilograms or 31.1 pounds.

On the same date, Special Agent (SA) Douglas McIntyre, Task Force Officer (TFO) Eric Banegas and TFO Jay Simon of the Drug Enforcement Administration (DEA) Alpine Resident Office responded to assist the Reeves County Sheriff's Office with the investigation.

ZUNIGA acknowledge her rights, and did not want to speak with agents. GUZMAN was advised of his rights and agreed to speak with investigators without the presence of an attorney. GUZMAN admitted ZUNIGA knowingly and willingly possessed the cocaine with the intent to deliver to another for financial compensation.

ZUNIGA and GUZMAN was transported to the Pecos Criminal Justice Center in Pecos, Texas pending their initial appearance in court.

                                            Respectfully submitted,

                                            _____
                                            Jay Simon
                                            Task Force Officer
                                            Drug Enforcement Administration

_____
David Fannin
UNITED STATES MAGISTRATE JUDGE